**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Jaime SOLIS, Defendant–Appellant.**

**No. 11–40235**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 21, 2011.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Timothy William Crooks, Assistant Federal Public Defender, Margaret Christina Ling, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Before BENAVIDES, DENNIS, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Jaime Solis presents arguments that he concedes are foreclosed by *United States v. Betancourt*, 586 F.3d 303, 308–09 (5th Cir.2009), which reaffirmed that knowledge of drug type and quantity is not an element of the offense under 21 U.S.C. § 841. The appellant's motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

Marjorie A. Meyers, Federal Public Defender, Laura Fletcher Leavitt, Molly Estelle Odom, Esq., Assistant Federal Public Defenders, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before BENAVIDES, DENNIS, and SOUTHWICK, Circuit Judges.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

